FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 11 2017

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 4:17CR 00211 KGB |
| vs. ) | |
| ) | |
| JOVANTI WILLIAMS ) | Title 18, U.S.C. § 922(g)(1) |
| ) | Title 18, U.S.C. § 922(d)(1) |
| ) | Title 18, U.S.C. § 3013 |
| ) | Title 18, U.S.C. § 3571 |
| ) | Title 18, U.S.C. § 3583 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  Prior to October 10, 2016, in the Eastern District of Arkansas, the defendant,

JOVANTI WILLIAMS,

had previously been convicted of one or more of the following crimes:

Theft, in Case Number CR-2008-1122, in the Circuit Court of Crittenden County, Arkansas, on or about January 2, 2009;

Fraudulent Use of a Credit Card, in Case Number CR-2009-160, in the Circuit Court of Crittenden County, Arkansas, on or about May 15, 2009;

Possession of a Controlled Substance, in Case Number CR-2009-365, in the Circuit Court of Crittenden County, Arkansas, on or about May 15, 2009;

Furnishing Prohibited Articles, in Case Number CR-2009-365, in the Circuit Court of Crittenden County, Arkansas, on or about May 15, 2009;

Burglary, in Case Number CR-2011-92, in the Circuit Court of Crittenden County, Arkansas, on or about March 17, 2011;

1

       Breaking or Entering, in Case Number CR-2013-839, in the Circuit Court of Crittenden County, Arkansas, on or about December 5, 2013.

    B.    The crimes set forth above in Paragraph A were punishable by a term of imprisonment exceeding one year.

    C.    On or about October 10, 2016, in the Eastern District of Arkansas, the defendant,

JOVANTI WILLIAMS,

did knowingly possess in and affecting commerce, a firearm, namely: a Smith & Wesson, Model M&P 40 Shield, .40 caliber semi-automatic pistol, bearing serial number HSB4732.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about October 10, 2016, in the Eastern District of Arkansas, the defendant,

JOVANTI WILLIAMS,

knowingly sold a firearm, namely: a Smith & Wesson, Model M&P 40 Shield, .40 caliber semi-automatic pistol, bearing serial number HSB4732, to a person, knowing or having reasonable cause to believe such person had been convicted of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(d)(1).